SCHULLER, Appellant, v. TODARO, Respondent, et al. (Supreme Court, Appellate

Division, Second Department. February 17, 1911.) Action by Josephine A. Schuller against Filippo Todaro, impleaded with another.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 138 App. Div. 894, 122 N. Y. Supp. 1144.

THOMAS, J., not voting.

SCHULTZ, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Elizabeth Schultz, as administratrix, etc., of Elizabeth Amelia Schultz, against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.